DENIED
BY ORDER OF
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE
ON _____5-2-12_____

1   Hien Huu Tran
    14888 Rockford Land
2   Westminster, CA 92683
    (714) 548-2944
3   Defendant/Petitioner In Pro Se

4                   UNITED STATES DISTRICT COURT

5                  CENTRAL DISTRICT OF CALIFORNIA

6                 SOUTHERN DIVISION - SANTA ANA

7                              05-
                          )  CR-00065-DOC-1
8   HIEN HUU TRAN,        )
                          )  ORDER
9              Petitioner, )  [Proposed]
                          )
10       vs.              )
                          )
11  UNITED STATES OF AMERICA,  )
                          )
12             Respondent  )
                          )
13  _____)

14       It is the Order of this Court that the Supervised Release of Petitioner
15  is hereby terminated.

16       So Ordered.

17

18

19  Dated: ___May 2_____, 2012
20                          _____
                            UNITED STATES DISTRICT COURT JUDGE

21

22

23

24

25

                MOTION TO TERMINATE SUPERVISED RELEASE - 1